UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Hartwig Transit Inc, et al.
        Plaintiff,

v.               Case No.: 1:10–cv–07448
               Honorable John Z. Lee

RBS Citizens NA, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 20, 2013:

  MINUTE entry before Honorable John Z. Lee: The Court denies Plaintiffs revised motion to stay the state court case [doc. no. 66] for the same reasons that Judge Zagel provided when he stayed this case during the pendency of the state court proceedings. See Hartwig Transit, Inc. v. RBS Citizens, N.A., No. 10 C 7448, 2011 WL 3651316 (N.D. Ill. Aug. 18, 2011) (staying the case pursuant to Colo. River Water Conservation Dist. v. United States, 424 U.S. 800, 818 (1976)). Nothing has changed since Judge Zagels ruling other than the unsurprising fact that the state court case has progressed during the stay of the federal case. Plaintiffs were provided and forwent an opportunity in the state court proceedings to plead and/or present evidence to dispute the validity and enforceability of the Swap Agreements. (See 7/11/12 Mem. Op. & Order, Hartwig Transit, Inc. v. RBS Citizens, N.A., No. 09 CH 16606 (The Borrowers have not pled or presented any evidence in this action to dispute the validity and enforceability of the Swap Agreements.) This case remains stayed and is hereby transferred to the Courts suspended trial calendar. Plaintiffs shall notify the Court in writing within 21 days of the end of the state court proceedings. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.